UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GUNN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>FAMILY DOLLAR STORES, INC., a corporation, and DOES 1 through 100, inclusive,<br><br>　　　　　　　　　Defendants. | CASE NO. 3:14-cv-1916-GPC-BGS<br><br>**ORDER LIFTING STAY OF ACTION**<br><br>**[ECF No. 18]** |

On September 19, 2014, the Court stayed this action pending the California Supreme Court's decision in *Kilby v. CVS Pharmacy, Inc.*, California Supreme Court Case No. S215614, and directing that within 30 days of a decision in *Kilby*, the parties jointly notify this Court that the California Supreme Court has issued a decision and that this action be recommenced. ECF No. 10. On May 4, 2016, parties jointly notified the Court that the California Supreme Court issued its decision in Kilby on April 4, 2016. ECF No. 18. Accordingly, the Court **LIFTS** the stay on this action.

**IT IS SO ORDERED.**

DATED: May 24, 2016,

　　　　　　　　　　　　　　　　　HON. GONZALO P. CURIEL
　　　　　　　　　　　　　　　　　United States District Judge